**JOSEPH & KIRSCHENBAUM LLP**
Attorneys at Law

Charles Joseph
D. Maimon Kirschenbaum
Denise Schulman
Josef Nussbaum
Lucas C. Buzzard
Michael DiGiulio
Leah M. Seliger

32 Broadway, Suite 601
New York, NY 10004
Phone (212) 688-5640
Fax (212) 688-2548
www.jk-llp.com

August 25, 2025

**VIA ECF**

Honorable Arun Subramanian
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:    *Vaca v. New York City Health & Hospitals Corp.,*
               **No.: 25-cv-4804 (AS)**

Dear Judge Subramanian,

      We represent Plaintiff in the above-referenced matter. We write jointly with Defendants New York City Health & Hospitals Corp. and Diverse Lynx, LLC to respectfully request an adjournment of the initial conference scheduled in this matter for September 9, 2025. This is the first request for an adjournment of the initial conference.

      The reason for this request is that on August 22, 2025, Plaintiff filed an amended complaint as of right that added allegations concerning two additional named parties: Plaintiff Omar Corominas (who had previously filed a consent to sue form pursuant to the Fair Labor Standards Act, *see* ECF Dkt No. 7) and Defendant Tandym Group, LLC. *See* ECF Dkt Nos. 18, 20. Plaintiffs intend to serve Defendant Tandym Group, LLC with the Amended Complaint as soon as a summons is issued for that Defendant. The parties respectfully request that the initial conference be adjourned to a date after Tandym Group, LLC files an answer.

      In addition, Plaintiffs and Defendants New York City Health & Hospitals Corp. and Diverse Lynx, LLC have begun the settlement process directed by the Court in its Order dated June 11, 2025. ECF Dkt No. 5. However, because the appearance of the additional Defendant is required before completing that process, the parties respectfully request that the deadlines contemplated in the Court's June 11, 2025 order be extended so that they are keyed to the answer that will be filed by Tandym Group, LLC once it has been served.

      We thank the Court for its attention to this matter.

                                           Respectfully submitted,

                                           **JOSEPH & KIRSCHENBAUM LLP**

                                                s/ *Lucas C. Buzzard*
                                                Lucas C. Buzzard

cc: All Counsel of Record (via ECF)

The initial pretrial conference is hereby adjourned to October 30, 2025, at 3:30 PM. The pretrial conference materials are due October 22, 2025. The dial-in information remains the same. The Clerk of Court is respectfully directed to terminate the motion at ECF No. 22.

SO ORDERED.

*[signature]*

Arun Subramanian, U.S.D.J.
Date: August 26, 2025

2