UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
MARVIN VACA,
on behalf of himself and other similarly         (Case No. 1:25-cv-4804AS)
situated individuals,

                          Plaintiff,

     v.                                                                   **Declaration of Aneesha Varma**

NEW YORK HEALTH &
HOSPITALS CORPORATION,
And DIVERSE LYNX, LLC.

                         Defendants.

-----------------------------------------------------------x

      I, Aneesha Varma, hereby declare as follows:

      1.     I am Director, Client Strategy and Solutions with Diverse Lynx, LLC

      2.     I have personal knowledge of the facts set forth in this declaration based on my role at Diverse Lynx, my involvement with the relevant client programs, and my review of business records maintained in the ordinary course of business, in support of Diverse Lynx opposition to the motion to grant conditional certification of an FLSA collective action.

      3.     Diverse is a Limited Liability Company headquartered in Princeton, New Jersey. Diverse provides, among other things, IT and healthcare service staffing services as well as Joint Commission Certified-Healthcare Staffing.

      4.     Staffing companies such as Diverse connect companies with qualified job seekers for temporary, contract, temp-to-hire, or permanent roles. Staffing companies generally handle tasks like recruitment, screening, and payroll to fill business needs efficiently.

5. In many cases, Diverse enters into an employment agreement with the job candidate, which provides that Diverse is the employer and sets forth the compensation, generally stated on an hourly basis, that the employee will receive.

6. During the period from June 6, 2022 through the present, Diverse placed a total of four employees with New York City Health and Hospitals Corp. ("H+H") as "Operational Site Leads" in the HERRC centers operated by H+H. HERRC stands for Humanitarian Emergency Response and Relief Center, which served as a response to the international asylum seeker humanitarian crisis in New York City. The first candidate was placed in January 2023.

7. Diverse no longer has any employees placed in the HERRC program, as the HERRC program has been phased out.

8. Marvin Vaca was an employee of Diverse from May of 2023 through July of 2023. According to his employment contract and payroll records with Diverse, he was paid at a rate of $47 per hour.

9. During the time Mr. Vaca was an employee of Diverse, he was placed with H+H as an "Operational Site Lead" at the Roosevelt Hotel HERRC center.

10. For this assignment, H+H required Operational Site Leads to submit their time through an administered portal for tracking and approval purposes. If he had trouble entering those hours in Wand (the portal), he would tell our team the hours he worked and we would enter them on his behalf.

11. Once the hours were submitted in the portal, an H+H supervisor reviewed and approved them to confirm time worked at the site.

12. If submitted hours required correction, the portal reflected that status, and Mr. Vaca was notified by Diverse so the entry could be updated and resubmitted for approval. This

could be because he did not mention his break, he entered too many hours, etc. As a company, Diverse would email/text/call him and let him know he had to correct his hours.

13. Mr. Vaca left his employment with Diverse after obtaining another opportunity on his own. Based on my experience, when candidates have questions regarding their weekly pay, they typically raise those questions at or around the time they are paid, and Diverse provides an explanation/discussion. To my knowledge, and based on Diverse's records and communications, Mr. Vaca did not raise concerns during his employment that he was not paid for the hours he entered in the portal or that he was otherwise improperly compensated. Instead, he contacted Diverse multiple times approximately a year later seeking assistance with finding another position.

14. While H+H was required to approve the hours Mr. Vaca submitted through the portal, H+H did not know what Mr. Vaca's hourly rate was.

15. As Mr. Vaca's employer, Diverse was responsible for paying his hourly wages and any applicable overtime in accordance with his employment agreement and applicable law.

16. During the HERRC program, multiple staffing companies placed their own employees with H+H as Operational Site Leads, to my understanding based on industry interactions and client communications.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on: January 2, 2026

_____
Aneesha Varma