UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Martin Vaca,<br><br>                Plaintiff,<br><br>      -against-<br><br>New York Health & Hospitals Corporation et al.,<br><br>              Defendants. | 25-CV-4804 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

Plaintiff's motion for conditional certification is GRANTED IN PART. The Court agrees that plaintiff has met the low threshold at this stage to distribute notice. However, the Court directs that plaintiff make two changes to the proposed notice. First, notice should be distributed only by mail and email, not by text message. Second, the notice should be modified as plaintiff suggests in his reply brief to address defendants' concerns. Dkt. 52 at 8.

The Clerk of Court is respectfully directed to terminate the motion at Dkt. 44.

SO ORDERED.

Dated: April 14, 2026
      New York, New York

_____
ARUN SUBRAMANIAN
United States District Judge