UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
MARVIN VACA, on behalf of himself and other
similarly situated individuals,

               **Plaintiff,**

     **v.**                                   **CASE NO. 25-CV-4804**

NEW YORK HEALTH & HOSPITALS
CORPORATION and DIVERSE LYNX, LLC,

               **Defendants.**
-----------------------------------------------------------x

### NOTICE OF FILING OF CONSENT TO JOIN FORMS

NOTICE IS HEREBY GIVEN of the filing of executed 29 U.S.C. § 216(b) Consent to Join

forms for the following Opt-In Plaintiffs:

1. Charlette Jones

The above-referenced Consent to Join forms are submitted as Exhibit 1 to this Notice.

Dated: July 6, 2026
      New York, New York              JOSEPH & KIRSCHENBAUM LLP

                                    By:/s/ Lucas Buzzard
                                    Lucas Buzzard
                                    45 Broadway, Suite 320
                                    New York, NY 10006
                                    *Attorneys for Plaintiff, Opt-In Plaintiffs, and*
                                    *the proposed Class*