# EXHIBIT 1

## CONSENT TO JOIN

**I WANT TO JOIN THE LAWSUIT** Vaca v. New York City Health & Hospitals Corporation, et al, Case No. 25-cv-4804, which is pending in the Federal Court for the Southern District of New York, New York. I understand that this lawsuit seeks unpaid wages that may be owed to me and that by joining this lawsuit I will become a plaintiff pursuant to the Fair Labor Standards Act. I agree to be bound by any adjudication in the lawsuit whether it is favorable or unfavorable. I understand that, by filing this form, I am voluntarily becoming a party plaintiff to this action, with the obligations and rights of a plaintiff in a case as explained in this form. I wish to preserve and pursue any claims that I may have to the greatest extent possible.

I authorize the representative Plaintiff or Plaintiff's attorneys to file this consent with the Clerk of Court. I hereby further authorize and designate the Named Plaintiff to act on my behalf concerning this litigation, this investigation, consideration of settlement and attorneys' fees and costs, and all other matters pertaining to this lawsuit. I understand that unless I inform Plaintiff's Counsel or the Court in writing, I will be represented by Plaintiff's Counsel, Joseph & Kirschenbaum LLP and will be bound by the Attorney Retainer Agreement that Plaintiff entered into with Joseph & Kirschenbaum LLP.

Date: 07/30/2026



Signature

Kymesia Phillips
Print Name

Dates of Employment

Position(s) Held*



Phone Number*

E-mail Address

*This information will not be filed with the Court.

## CONSENT TO JOIN

**I WANT TO JOIN THE LAWSUIT** Vaca v. New York City Health & Hospitals Corporation, et al, Case No. 25-cv-4804, which is pending in the Federal Court for the Southern District of New York, New York. I understand that this lawsuit seeks unpaid wages that may be owed to me and that by joining this lawsuit I will become a plaintiff pursuant to the Fair Labor Standards Act. I agree to be bound by any adjudication in the lawsuit whether it is favorable or unfavorable. I understand that, by filing this form, I am voluntarily becoming a party plaintiff to this action, with the obligations and rights of a plaintiff in a case as explained in this form. I wish to preserve and pursue any claims that I may have to the greatest extent possible.

I authorize the representative Plaintiff or Plaintiff's attorneys to file this consent with the Clerk of Court. I hereby further authorize and designate the Named Plaintiff to act on my behalf concerning this litigation, this investigation, consideration of settlement and attorneys' fees and costs, and all other matters pertaining to this lawsuit. I understand that unless I inform Plaintiff's Counsel or the Court in writing, I will be represented by Plaintiff's Counsel, Joseph & Kirschenbaum LLP and will be bound by the Attorney Retainer Agreement that Plaintiff entered into with Joseph & Kirschenbaum LLP.

Date: 7/31/2026

_R. Davis_
Signature

_Racquel Davis_
Print Name

Phone Number*

E-mail Address*

Dates of Employment

Position(s) Held

Mailing Address*

*This information will not be filed with the Court.