**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

MARCIN VACA and OMAR COROMINAS, on behalf of themselves and others similarly situated,

Plaintiffs,

-against-

NEW YORK HEALTH & HOSPITALS CORPORATION, DIVERSE LYNX, LLC, and TANDYM GROUP LLC,

Defendants.

Index No.: 1:25-CV-4804

**NOTICE OF APPEARANCE**

To the Clerk of this Court and all parties of record:

PLEASE TAKE NOTICE that the undersigned hereby appears as counsel for Defendant New York Health & Hospitals in the above-captioned case and requests that copies of any and all papers served and notices given in the case be served upon the undersigned counsel.

Dated: September 9, 2026
New York, New York

JACKSON LEWIS P.C.
666 Third Avenue, 28 Fl.
New York, NY 10017
T: (212) 545-4000
Felice.Ekelman@jacksonlewis.com

By: s/*Felice B. Ekelman*

Felice B. Ekelman

**CERTIFICATE OF SERVICE**

I hereby certify that on September 9, 2026 the foregoing document was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

s/*Annabel R. Stanley*
Annabel R. Stanley