JOSEPH & KIRSCHENBAUM LLP
Attorneys at Law

Charles Joseph
D. Maimon Kirschenbaum
Denise Schulman
Josef Nussbaum
Lucas C. Buzzard
Michael DiGiulio
Leah M. Seliger

45 Broadway, Suite 302
New York, NY 10006
Phone (212) 688-5640
Fax (212) 688-2548
www.jk-llp.com

September 27, 2026

**<u>VIA ECF</u>**

Honorable Arun Subramanian
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

**Re: *Vaca v. New York City Health & Hospitals Corp.,***
**No.: 25-cv-4804 (AS)**

Dear Judge Subramanian,

We represent Plaintiffs in the above-referenced matter. We write jointly with Defendants to respectfully request an extension of the discovery period in this matter from September 30, 2026 to March 30, 2027. Additionally, the parties respectfully request that the Court refer this matter to the assigned magistrate judge for a settlement conference.

The reason for the parties' extension request is twofold. First, following this Court's grant of Plaintiff's motion for conditional collective certification under the Fair Labor Standards Act ("FLSA"), forty-eight (48) additional plaintiffs opted into this lawsuit by submitting consent to sue forms. *See* ECF Dkt Nos. 54-69. Although the parties are currently exchanging discovery pertaining to these plaintiffs, completing that discovery will take substantial additional time given the number of newly added plaintiffs. Second, on September 9, 2026, Defendant New York City Health & Hospitals obtained new counsel, *see* ECF Dkt Nos. 71-73, who require time to get up to speed.

Finally, the parties believe that a settlement conference in this matter may be beneficial and therefore respectfully request a referral to the assigned magistrate judge so that such a conference may be scheduled.

We thank the Court for its attention to this matter.

Respectfully submitted,

**JOSEPH & KIRSCHENBAUM LLP**

<u>s/ *Lucas C. Buzzard*</u>

Lucas C. Buzzard

cc: All Counsel of Record (via ECF)